**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 9:20-CV-81763-MIDDLEBROOKS/Brannon

**SECURITIES AND EXCHANGE COMMISSION,**

      Plaintiff,

v.

**CHRISTIAN J. BAQUERIZO and**
**KEVIN CARDENAS,**

      Defendants.

_____/

**ORDER ON UNOPPOSED MOTION FOR FINAL JUDGMENT**

THIS CAUSE is before the Court on Plaintiff Securities and Exchange Commission's Unopposed Motion for Entry of Final Judgment Against Defendants Christian J. Baquerizo a/k/a "Teddy Stone" and Kevin Cardenas a/k/a "Jacob Rosenthal" ("Motion"). (DE 3). Defendant Baquerizo and Defendant Cardenas consent to the entry of final judgment against them in this matter. (*See* DE 3-3, Baquerizo's Consent to the Final Judgment; DE 3-1, Proposed Final Judgment as to Baquerizo; DE 3-4, Cardenas' Consent to the Final Judgment; DE 3-2 Proposed Final Judgment as to Cardenas). Accordingly, it is **ORDERED AND ADJUDGED** that

1. The Motion (DE 3) is **GRANTED.**
2. The Clerk of Court shall **CLOSE THIS CASE.**
3. The Clerk shall also **DENY ALL** pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 20th day of October, 2020.

                                                        Donald M. Middlebrooks
                                                        United States District Judge